IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-06111-DLT |
| | ) | |
| TORRI L. ADAMS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | Hearing Date: October 31, 2017 |
| | ) | Hearing Time: 10:00 a.m. |

### CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on September 29, 2017, she caused to be served a true and correct copy of each of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** via (i) the Court's CM/ECF electronic noticing system, upon all registered participants in this proceeding, so identified on the attached Service List; and (ii) First Class, U.S. Mail, postage prepaid, upon each of the parties, as noted, on the attached Service List.

Dated: September 29, 2017

_Jennifer M. McManus_
Jennifer M. McManus

Subscribed and sworn to be before me
this 29th day of September, 2017

_Teresa Marie Brown_
Notary Public



TERESA MARIE BROWN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 12, 2020

41284885v.1

## TORRI L. ADAMS
## SERVICE LIST

### SERVED VIA ELECTRONIC CM/ECF

| | |
|---|---|
| Patrick S. Layng | USTPRegion11.es.ecf@usdoj.gov |
| Joseph P. Doyle | joe@fightbills.com, courts@fightbills.com; r44937@notify.bestcase.com |
| Dana N. O'Brien | dana.obrien@mccalla.com, NDistrict@mccalla.com; veronica.frausto@mccalla.com |

## SERVICE LIST

**VIA UNITED STATES MAIL**

American Express Centurion Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Deutsche Bk Nat'l Tr Company Synchrony Bank
Franklin Credit Management Corporation
P.O. Box 2301
Jersey City, NJ 07303-2301

Department Stores National Bank
c/o Quantum3 Group LLC
P.O. Box 657
Kirkland, WA 98083-0657
Norfolk VA 23541-1021

Synchony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541-1021

American Education Services
P.O. Box
Harrisburg, PA 17105-8183

3

41284885v.1