**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-06111 |
| | § | |
| TORRI L ADAMS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,827.00 | Assets Exempt: | $7,350.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $9,069.42 | Claims Discharged Without Payment: | $244,902.81 |
| Total Expenses of Administration: | $1,841.05 | | |

3)  Total gross receipts of $10,910.47 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,910.47 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $44,960.00 | $218,429.39 | $218,429.39 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,841.05 | $1,841.05 | $1,841.05 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $254,186.00 | $28,893.23 | $28,893.23 | $9,069.42 |
| **Total Disbursements** | $299,146.00 | $249,163.67 | $249,163.67 | $10,910.47 |

4). This case was originally filed under chapter 7 on 02/28/2017. The case was pending for 11 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/10/2018            By:  /s/ Gus A. Paloian
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Savings account with Chase - Jointly held with Mother - - Account States Debtor OR Debtor's Mother - The total amount in | 1129-000 | $10,910.47 |
| **TOTAL GROSS RECEIPTS** | | **$10,910.47** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Deutsche Bk Nat'l Tr Company | 4110-000 | $0.00 | $218,429.39 | $218,429.39 | $0.00 |
| | American Honda Finan | 4110-000 | $44,960.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$44,960.00** | **$218,429.39** | **$218,429.39** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $1,841.05 | $1,841.05 | $1,841.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,841.05** | **$1,841.05** | **$1,841.05** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Education Services | 7100-000 | $15,583.00 | $15,428.85 | $15,428.85 | $4,843.02 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | American Express Centurion Bank | 7100-000 | $6,991.00 | $7,006.90 | $7,006.90 | $2,199.43 |
| 4 | Department Stores National Bank | 7100-000 | $2,521.00 | $2,446.13 | $2,446.13 | $767.83 |
| 5 | Synchrony Bank | 7100-000 | $1,871.00 | $1,871.38 | $1,871.38 | $587.42 |
| 6 | Synchrony Bank | 7100-000 | $2,141.00 | $2,139.97 | $2,139.97 | $671.72 |
| | Bank Of America | 7100-000 | $11,554.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bosco Credit II Trust | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase Mortgage | 7100-000 | $211,629.00 | $0.00 | $0.00 | $0.00 |
| | Codilis & Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Deutsche Bank National Trust Co. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Morgan Stanley Mortgage Capital Hol | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Nordstrom Fsb | 7100-000 | $1,896.00 | $0.00 | $0.00 | $0.00 |
| | Weltman, Weinberg & Reis | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $254,186.00 | $28,893.23 | $28,893.23 | $9,069.42 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1         Exhibit 8

| Case No.: | 17-06111-DLT | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | ADAMS, TORRI L | Date Filed (f) or Converted (c): | 02/28/2017 (f) |
| For the Period Ending: | 1/10/2018 | §341(a) Meeting Date: | 04/04/2017 |
| | | Claims Bar Date: | 07/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Make: Acura Model: MDX Year: 2017 Mileage: 8000 Other Information: Leased - Assume - Full Coverage Auto Insurance | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Miscellaneous used household goods and furnishings - 2 Beds, 2 Dressers, 4 Book shelfs, 1 couch, 2 chairs, 1 kitchen table, 2 end tables, 1 lamp | $475.00 | $475.00 | | $0.00 | FA |
| 3 | 2 TVs, 3 computers, 2 cell phones, 1 DVD player, | $550.00 | $550.00 | | $0.00 | FA |
| 4 | Books, Pictures, and CD's | $200.00 | $200.00 | | $0.00 | FA |
| 5 | Wearing Apparel | $950.00 | $0.00 | | $0.00 | FA |
| 6 | Miscellaneous Costume Jewelry | $500.00 | $500.00 | | $0.00 | FA |
| 7 | Cash on Hand | $1.00 | $1.00 | | $0.00 | FA |
| 8 | Checking account with Chase | $101.00 | $101.00 | | $0.00 | FA |
| 9 | Savings account with Chase - Jointly held with Mother - - Account States Debtor OR Debtor's Mother - The total amount in the account is $20,260.47 however $5,350 is the debtor's mothers money so debtor's amount is $14,910.47 - Unexempt funds is $10,910.47 which is in a money order currently held by the debtor's attorney which will be turned over to the Trustee upon filing case | $14,910.47 | $10,910.47 | | $10,910.47 | FA |
| 10 | 401(k) / Retirement plan through employer - 100% exempt. | Unknown | $0.00 | | $0.00 | FA |
| 11 | IRA - 100% exempt | Unknown | $0.00 | | $0.00 | FA |
| 12 | Company name: Term Life Insurance policy through ; Beneficiary: employer - (No cash surrender value) | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 17-06111-DLT | Trustee Name: | Gus A. Paloian |
| Case Name: | ADAMS, TORRI L | Date Filed (f) or Converted (c): | 02/28/2017 (f) |
| For the Period Ending: | 1/10/2018 | §341(a) Meeting Date: | 04/04/2017 |
| | | Claims Bar Date: | 07/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $17,687.47 | $12,737.47 | | $10,910.47 | $0.00 |

**Major Activities affecting case closing:**

05/01/2017    The Trustee administered a joint bank account of Debtor's. The case is ready to close.

The Trustee anticipates submitting a final report to the U.S. Trustee on or before August 31, 2017.

| **Initial Projected Date Of Final Report (TFR):** | **Current Projected Date Of Final Report (TFR):** | 08/31/2017 | /s/ GUS A. PALOIAN |
| | | | GUS A. PALOIAN |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 17-06111-DLT | |
| Case Name: | ADAMS, TORRI L | |
| Primary Taxpayer ID #: | **-***7582 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 2/28/2017 | |
| For Period Ending: | 1/10/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Gus A. Paloian | |
| Bank Name: | East West Bank | |
| Checking Acct #: | ******0400 | |
| Account Title: | TORRI L. ADAMS | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/05/2017 | (9) | TORRI L. ADAMS | LIQUIDATION OF DEBTOR'S JOINT SAVINGS ACCOUNT AT CHASE BANK - MINUS $4,000 EXEMPTION | 1129-000 | $10,910.47 | | $10,910.47 |
| 11/01/2017 | 1001 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $1,841.05 | $9,069.42 |
| 11/01/2017 | 1002 | American Education Services | Claim #: 1; Distribution Dividend: 31.39; | 7100-000 | | $4,843.02 | $4,226.40 |
| 11/01/2017 | 1003 | American Express Centurion Bank | Claim #: 2; Distribution Dividend: 31.39; | 7100-000 | | $2,199.43 | $2,026.97 |
| 11/01/2017 | 1004 | Department Stores National Bank | Claim #: 4; Distribution Dividend: 31.39; | 7100-000 | | $767.83 | $1,259.14 |
| 11/01/2017 | 1005 | Synchrony Bank | Claim #: 5; Distribution Dividend: 31.39; | 7100-000 | | $587.42 | $671.72 |
| 11/01/2017 | 1006 | Synchrony Bank | Claim #: 6; Distribution Dividend: 31.39; | 7100-000 | | $671.72 | $0.00 |

| | | |
|---|---|---|
| TOTALS: | $10,910.47 | $10,910.47 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $10,910.47 | $10,910.47 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $10,910.47 | $10,910.47 | |

| For the period of 2/28/2017 to 1/10/2018 | | For the entire history of the account between 04/05/2017 to 1/10/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,910.47 | Total Compensable Receipts: | $10,910.47 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,910.47 | Total Comp/Non Comp Receipts: | $10,910.47 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,910.47 | Total Compensable Disbursements: | $10,910.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,910.47 | Total Comp/Non Comp Disbursements: | $10,910.47 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-06111-DLT | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | ADAMS, TORRI L | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***7582 | | Checking Acct #: | ******0400 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | TORRI L. ADAMS |
| For Period Beginning: | 2/28/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/10/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $10,910.47 | $10,910.47 | $0.00 |

| For the period of 2/28/2017 to 1/10/2018 | | For the entire history of the case between 02/28/2017 to 1/10/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,910.47 | Total Compensable Receipts: | $10,910.47 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,910.47 | Total Comp/Non Comp Receipts: | $10,910.47 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,910.47 | Total Compensable Disbursements: | $10,910.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,910.47 | Total Comp/Non Comp Disbursements: | $10,910.47 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN